**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------X
STRIKE 3 HOLDINGS, LLC,                         :      Case No. 1:23-cv-00998-ENV-RER
                                                :
                          Plaintiff,            :      ORDER
               vs.                              :
                                                :
JOHN DOE subscriber assigned IP address         :
162.84.207.72,                                  :
                                                :
                          Defendant.            :
-----------------------------------------------------------------X
```

      **THIS MATTER** having been opened to the Court by motion on behalf of plaintiff Strike 3 Holdings, LLC ("Plaintiff"), through counsel, John C. Atkin, Esq., seeking an Order (1) granting leave for Plaintiff to file certain documents identifying the defendant in this matter as "*Ex Parte*" documents on a provisional basis; (2) directing the Clerk of the Court to issue Summons in this matter as an "*Ex Parte*" document; and (3) clarifying (or extending) the deadline for Plaintiff to effectuate service of process ("Motion"); and the Court having considered the moving papers and any arguments of counsel, and good cause having been shown;

      **IT IS** on this 28th day of August, 2023

      **ORDERED** that the Motion [D.E. 10] is GRANTED as follows:

      1.    Plaintiff is granted leave to file an unredacted version of the First Amended Complaint, Amended Civil Cover Sheet, Proposed Summons, and Proof of Service/Waiver of Service as "*Ex Parte*" documents on a provisional basis. Any document filed as an "*Ex Parte*" document pursuant to this Order shall be provided to the defendant and filed in redacted form on the public docket.

2. The Clerk of the Court shall issue the Summons in this matter, bearing the defendant's real name and address, as an "*Ex Parte*" document, and shall only file redacted versions that do not disclose the defendant's name and address on the public docket.

3. The Clerk of the Court shall make the unredacted "*Ex Parte*" Summons accessible to Plaintiff's counsel on CM/ECF and/or provide the unredacted "*Ex Parte*" Summons to Plaintiff's counsel *via* email.

4. Unless expressly authorized by the Court, Plaintiff shall not file any document on the public docket that contains the defendant's real name and/or address.

5. Plaintiff shall serve the defendant with a copy of this Order along with the Summons and First Amended Complaint.

6. Within 60 days of the service of this Order, the defendant must show cause, in writing, why the First Amended Complaint and related documents should not be filed publicly in unredacted form, and the name of the defendant substituted for John Doe.

7. Plaintiff shall file proof of service by November 23, 2023.

Hon. Ramon E. Reyes, Jr.
Digitally signed by Hon. Ramon E. Reyes, Jr.
Date: 2023.08.28 12:30:51 -04'00'

_____
**HON. RAMON E. REYES, JR., U.S.M.J.**